UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER M. HODGE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3193** |
| **B.B. SIXTY RAYBURN CORR. CENTER, ET AL.** | **SECTION: "C" (3)** |

**O R D E R**

  Plaintiff has filed a motion asking that this Court order that he be immediately transferred to a different penal institution due to the alleged policies and inadequacies of the law library and legal services program at the Rayburn Correctional Center. Rec. Doc. 4. That motion is **DENIED**. Placement of state prisoners is a matter left to the discretion of state officials. Moreover, a prisoner has no constitutional right springing from the Constitution itself or from any protected liberty or property interest arising from state law to be housed in any particular facility or to be transferred from one prison facility to another, even if life in one prison may be much more disagreeable than in another. Olim v. Wakinekona, 461 U.S. 238, 245-46 (1983); Montanye v. Haymes, 427 U.S. 236, 242 (1976); Meachum v. Fano, 427 U.S. 215, 224-25 (1976); Tighe v. Wall, 100 F.3d 41, 42 (5th Cir. 1996); Biliski v. Harborth, 55 F.3d 160, 162 (5th Cir. 1995); Jackson v. Cain, 864 F.2d 1235, 1250 (5th Cir. 1989).

  New Orleans, Louisiana, this sixteenth day of May, 2008.

                 **DANIEL E. KNOWLES, III**
                 **UNITED STATES MAGISTRATE JUDGE**